**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Alberto Molina**<br>DOB: 1987; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-08357MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(c)(1)(A)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>COUNT 1</u>: On or about August 21, 2025, at or near Tucson, in the District of Arizona, **Luis Alberto Molina**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: one (1) Springfield Armory Hellcat 9mm pistol and one (1) Combat Arms 9mm pistol, said firearms having been shipped and transported in interstate or foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 2:</u> On or about August 21, 2025, at or near Tucson, in the District of Arizona, defendant **Luis Alberto Molina,** did knowingly and intentionally possess with intent to distribute a quantity of fentanyl, or a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT 3:</u> On or about August 21, 2025, at or near Tucson, in the District of Arizona, defendant **Luis Alberto Molina,** did knowingly use firearms, that is, one (1) Springfield Armory Hellcat 9mm pistol and one (1) Combat Arms 9mm pistol, during and in relation to a drug trafficking crime, and did possess a firearm in furtherance of a drug trafficking crime, that is, Possession with the Intent to Distribute, as alleged in Count 2 of this Complaint, a felony crime prosecutable in a court of the United States; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 21, 2025, Tucson Police Department (TPD) Officers responded to the area in the 3600 block of E. March Place, Tucson, Arizona, regarding a shots-fired call. The 911 caller stated that a male and female were arguing in the alley way. Upon the officers' arrival they encountered a male leaving the alley way. The male later identified as **Luis Alberto MOLINA** was directed to walk towards the officers. **MOLINA** replied to the officers that he did not do anything and started to walk away (eastbound in the alley way). Officers followed **MOLINA** giving him commands to stop but he did not comply. As **MOLINA** reached the end of the alley way where the city sidewalk started, he began to run from the officers. The officers gave chase and caught up to **MOLINA** as he was trying to jump a wall into a residence located in the 3700 block of E. 32nd St., Tucson, AZ. One of the TPD officers observed **MOLINA** reach into his waistband and then throw a dark object into the yard of the residence on 32nd St. which at the time the officer believed that **MOLINA** had possibly thrown a knife. A struggle ensued before the officers were able to subdue and detain **MOLINA**.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *R. Arellano*  *Raquel Arellano*  Digitally signed by RAQUEL ARELLANO Date: 2025.09.15 13:46:46 -07'00'<br><br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br><br>*EddyHarper*<br><br>OFFICIAL TITLE<br>FBI TFO/TPD Detective Edward Harper |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br><br>*Jacqueline M. Rateau* | DATE<br>September 16, 2025 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM (2cc), AUSA, PTS

25-08357MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

The TPD officer who observed **MOLINA** throw the object into the yard on 32nd Street had prior knowledge that the residence was associated with high foot traffic and narcotic activity. Another TPD officer looked over the wall and saw a handgun in plain view on the ground. This firearm was collected and later identified as a Springfield Armory Hellcat 9mm pistol with a defaced serial number. A records check on **MOLINA** showed that he had an unrelated outstanding warrant. The warrant was confirmed, and **MOLINA** was searched incident to arrest.

In a backpack that **MOLINA** was wearing officers located a Combat Arms 9mm pistol bearing serial number 99004497, two firearms magazines, 9mm ammunition, burnt straws / foils with residue and $495 in U.S. currency. On **MOLINA's** person TPD officers located 44.256 grams of Blue M-30 fentanyl pills which field-tested positive. Officers checked the area of the original 911 call but could not locate the mentioned female or a shooting scene. Officers determined that **MOLINA** is a previously convicted felon and has not had his rights to bear arms restored.

A records check revealed that **LUIS ALBERTO MOLINA** has the following prior felony conviction in the Pima County Superior Court: Possession of a Weapon by a Prohibited Person dated 07/2017, Case Number CR20164323-001 for which he was sentenced to 1.5 years prison. This conviction is a felony offense punishable by imprisonment for a term exceeding one year.

An ATF interstate nexus expert performed a preliminary examination of the Springfield Armory Hellcat 9mm pistol and Combat Arms 9mm pistol found in the yard and in **MOLINA's** backpack. The nexus expert determined that both firearms were not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce